No. 230. COYNE ET AL. *v.* SIMRALL CORPORATION ET AL. October 9, 1944. Petition for writ of certiorari to the

724

Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Jerome Weadock* for petitioners. *Mr. B. A. Wendrow* for Simrall Corporation, and *Mr. Edward W. Fehling* for Anderson et al., respondents.